# Exhibit C

# Nevada Secretary of State Entity Search Results for Wolff Principal Holdings, L.P.,

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

WOLFF PRINCIPAL HOLDINGS, LP

**Entity Number:**

E13657452021-8

**Entity Type:**

Foreign Limited Partnership (88)

**Entity Status:**

Active

**Formation Date:**

04/06/2021

**NV Business ID:**

NV20212063014

**Termination Date:**

Perpetual

**Annual Report Due Date:**

4/30/2023

**Domicile Name:**

WOLFF PRINCIPAL HOLDINGS, LP

**Jurisdiction:**

Delaware - United States

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

CORPORATION SERVICE COMPANY

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

112 NORTH CURRY STREET, Carson City, NV, 89703, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

**OFFICER INFORMATION**

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| General Partner | WOLFF PRINCIPAL HOLDINGS, LLC | 6710 E CAMELBACK RD STE 100, Scottsdale, AZ, 85251, USA | 04/06/2021 | Active |

**Page 1 of 1, records 1 to 1 of 1**

Filing History    Name History    Mergers/Conversions

Return to Search Return to Results