Case 2:22-cv-01806-MMD-VCF   Document 13   Filed 12/02/22   Page 1 of 2

Jay J. Schuttert, Esq. (SBN 8656)
Alexandria L. Layton, Esq. (SBN 14228)
Paige S. Silva, Esq. (SBN 16001)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: alayton@efstriallaw.com
Email: psilva@efstriallaw.com

*Attorneys for Defendant/Cross-Defendant*
*Schindler Elevator Corporation*

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| SETH SCHORR,<br><br>            Plaintiff,<br><br>vs.<br><br>WOLFF PRINCIPAL HOLDINGS, LP d/b/a FREMONT & 9TH APARTMENTS; SCHINDLER ELEVATOR CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>            Defendants.<br><br>and related cross-claims. | Case No.  2:22-cv-01806-MMD-VCF<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR CROSS-DEFENDANT SCHINDLER ELEVATOR CORPORATION TO RESPOND TO CROSS-CLAIMANT WOLFF PRINCIPAL HOLDINGS, LP'S CROSS-COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Cross-Claimant Wolff Principal Holdings, LP ("Wolff") and Cross-Defendant Schindler Elevator Corporation ("Schindler"), through their respective counsel, that the time for Schindler to respond to the Cross-Complaint is extended by 14 days, from December 5, 2022 to December 19, 2022.  This is the first such request by the parties.

This extension request is necessary for the parties to evaluate the Cross-Complaint and investigate the facts underlying Wolff's cross-claims.  Accordingly, for good cause showing, the

parties have agreed to an extension of time, up to and including December 19, 2022 for Cross-Defendant Schindler Elevator Corporation to respond to the Cross-Complaint.

DATED: November 30, 2022.

| EVANS FEARS & SCHUTTERT LLP | LEE, LANDRUM & INGLE |
|---|---|
| /s/ Jay J. Schuttert | /s/ David S. Lee |
| Jay J. Schuttert, Esq. (SBN 8656)<br>Alexandria L. Layton, Esq. (SBN 14228)<br>Paige S. Silva, Esq. (SBN 16001)<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, Nevada 89119<br><br>*Attorneys for Defendant/Cross-Defendant Schindler Elevator Corporation* | David S. Lee, Esq. (SBN 6033)<br>7575 Vegas Drive, Suite 150<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Defendant/Cross-Claimant Wolff Principal Holdings, LP dba Fremont & 9th Apartments* |

**IT IS SO ORDERED.**

**ORDER**

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: December 2, 2022

**CASE NO. 2:22-cv-01806-MMD-VCF**