NIA KILLEBREW, ESQ.
Nevada Bar No. 4553
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
T: 702.444.4444
F: 702.444.4455
E: nia@richardharrislaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| SETH SCHORR,<br><br>     Plaintiff,<br><br>v.<br><br>WOLF PRINCIPAL HOLDINGS, LP d/b/a FREMONT & 9TH APARTMENTS; SCHINDLER ELEVATOR CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>     Defendants. | Case No.: 2:22-cv-01806-MMD-VCF<br><br>**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

Plaintiff SETH SCHORR ("Plaintiff"), by and through his attorney of record NIA KILLEBREW, ESQ., of the RICHARD HARRIS LAW FIRM, hereby requests that CHRISTIAN SMITH, ESQ. be removed from the list of counsel to be noticed.

CHRISTIAN SMITH, ESQ. is no longer handling this matter for the Richard Harris Law Firm. Given the appearance of the attorney on behalf of Plaintiff, no party will be prejudiced by the counsel's withdrawal.

DATED this 6th day of March, 2023.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
DATED  3-7-2023 

**RICHARD HARRIS LAW FIRM**

  /s/ *Nia Killebrew*       
NIA KILLEBREW, ESQ.
Nevada Bar No. 4553
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST**, was served on counsel of record this 6th day of March, 2023, using the Court's CM/ECF System.

_____/s/ Bernita Allen_
An Employee of RICHARD HARRIS LAW FIRM