1  DAVID S. LEE, ESQ.
   Nevada Bar No.: 6033
2  ROBERT T. ROBBINS, ESQ.
   Nevada Bar No.: 6109
3  LEE, LANDRUM & INGLE
   7575 Vegas Drive, Suite 150
4  Las Vegas, Nevada 89128
   Phone: (702) 880-9750
5  Fax: (702) 314-1210
   dlee@lee-lawfirm.com
6
   Attorneys for WOLFF PRINCIPAL HOLDINGS, LP
7  dba FREMONT & 9TH APARTMENTS

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10  SETH SCHORR,                          **CASE NO.:  2:22-CV-01806-MMD-MDC**

11                    Plaintiff,

12    v.                                  **STIPULATION AND ORDER RE
                                          WOLFF PRINCIPAL HOLDINGS, LP
13  WOLFF PRINCIPAL HOLDINGS, LP dba      dba FREMONT & 9TH APARTMENTS
    FREMONT & 9th APARTMENTS;             DE-DESIGNATION OF EXPERT
14  SCHINDLER ELEVATOR                    WITNESS AND AUGMENTATION OF
    CORPORATION; DOES I through X; and    EXPERT DISCLOSURE**
15  ROE BUSINESS ENTITIES I through X,
    inclusive,
16
                      Defendants.
17

18      **STIPULATION AND ORDER RE WOLFF PRINCIPAL HOLDINGS, LP dba
    FREMONT & 9TH APARTMENTS DE-DESIGNATION OF EXPERT WITNESS AND
19                   AUGMENTATION OF EXPERT DISCLOSURE**

20          IT IS STIPULATED AND AGREED, by and between Plaintiff Seth Schorr, by and

21  through his attorney of record, Nia Killebrew, Esq. of Richard Harris Law Firm; Defendant

22  Wolff Principal Holdings, LP d/b/a Fremont & 9th Apartments (hereinafter "Wolff"), by and

23  through its attorney of record, David S. Lee, Esq. of Lee, Landrum & Ingle, and Defendant

24  Schindler Elevator Corporation, by and through its attorney of record, Jay J. Schuttert of Evans

25  Fears Schuttert, that Wolff be permitted to De-Designate its expert Michael Fagan QEC, CFLC

26  of ATIS Elevator Consultants, due to Mr. Fagan's retirement in late 2024, and that Wolff be

27  permitted to Augment its Expert Witness disclosure, served September 3, 2024, to replace Mr.

28  Fagan, and designate Timothy Marshall, QEI, of ATIS Elevator Consultants, in his place.

LEE, LANDRUM & INGLE
7575 VEGAS DRIVE, SUITE 150
LAS VEGAS, NV 89128
(702) 880-9750

Wolff's Expert Disclosure will be revised as follows:

4.   ~~Michael Fagan QEC, CFLC~~
     ~~Jill Sweeney~~
     ~~Frank Fletcher~~
     ~~Northwestern Region~~
     ~~ATIS Elevator Consultants~~
     ~~Elk Grove, CA 95624~~
     ~~(314) 668-7287~~

~~Mr. Fagan is a Senior Consultant & Northwestern Region Team leader for Commercial Consulting and Engineering services for elevator and escalator construction and modernization projects, and public money projects. He has expertise in interfacing with Federal, State and Local Governmental Agencies and Universities, Owners and Contractors, Architects, Managing Agents, HOAs, Carriers and Elevator Code Authorities for product availability, reliability, research, and Forensic Investigations. He also has expertise in equipment and Due Diligence Audits for Maintenance, Repairs, Owners Acceptance, and Construction defects. He will offer opinions in response to those of Plaintiff's experts and testify in a manner consistent with his report in this matter, a copy of which is attached as Exhibit D. Mr. Fagan's current curriculum vitae, fee schedule, and list of trial and deposition testimony for the previous four years are appended to his report.~~

~~All of the above named experts reserve the right to supplement and/or amend their opinions as discovery continues and as additional information becomes available.~~

4.   Timothy Marshall, QEI, QEC
     Senior Consultant
     ATIS Elevator Consultants
     510 Wilson Road,
     Annapolis, MD 21401
     (410) 440-1830

Mr. Marshall holds a degree from the University of Baltimore, is a Certified Elevator Inspector and Certified Elevator Consultant. Mr. Marshall is a Senior Consultant and leader for Commercial Consulting and Engineering services for elevator and escalator construction and modernization projects, and public money projects. He has expertise in interfacing with Federal, State and Local Governmental Agencies and Universities, Owners and Contractors, Architects,

LEE, LANDRUM & INGLE
7575 VEGAS DRIVE, SUITE 150
LAS VEGAS, NV 89128
(702) 880-9750

1  Managing Agents, HOAs, Carriers and Elevator Code Authorities for product availability,

2  reliability, research, and Forensic Investigations. He also has expertise in equipment and Due

3  Diligence Audits for Maintenance, Repairs, Owners Acceptance, and Construction defects.  He

4  will offer opinions in response to those of Plaintiff's experts and testify in a manner consistent

5  with Mr. Fagan's original report and his own supplemental report, a copy of said supplement

6  report is attached as Exhibit D. Mr. Marshall's current curriculum vitae, fee schedule, and list of

7  trial and deposition testimony for the previous four years are appended to his report.

8

9                    **SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:**

10  DATED this 3rd day of March 2025.

11      **LEE, LANDRUM & INGLE**                **RICHARD HARRIS LAW FIRM**

12      */s/ David S. Lee*                       */s/ Nia C. Killebrew*
        David S. Lee, Esq. (SBN 6033)            Nia C. Killebrew, Esq. (SBN 4553)
13      Robert T. Robbins, Esq. (SBN 6109)       801 South Fourth Street
        7575 Vegas Drive, Suite 150              Las Vegas, NV 89101
14      Las Vegas, NV 89128                      *Attorneys for Plaintiff Seth Schorr*
15      *Attorneys for Defendant Wolff Principal*
        *Holdings, LP dba Fremont & 9th Apartments*
16

17      **EVANS FEARS SCHUTTERT MCNULTY**
        **MICKUS**
18

19      */s/Jay J. Schuttert*
        Jay J. Schuttert, Esq. (SBN 8656)
20      Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
        6720 Via Austi Parkway, Suite 300
21      Las Vegas, NV 89119
        *Attorneys for Defendant/Cross-Defendant*
22      *Schindler Elevator Corporation*

23

24  / / /

25  / / /

26  / / /

27

28

LEE, LANDRUM & INGLE
7575 VEGAS DRIVE, SUITE 150
LAS VEGAS, NV  89128
(702) 880-9750

## [PROPOSED] ORDER

      **IT IS SO ORDERED.** Based upon the foregoing stipulation, Wolff Principal Holdings,

LP d/b/a Fremont & 9th Apartments De-Designation of retired expert witness Michael Fagan, and

Augmentation of its Initial Expert Disclosure to replace Michael Fagan with Tim Marshall is

granted.

 

 

_____

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 3/4/2025
**Case No. 2:22-cv-01806-MMD-MDC**

Respectfully submitted by:

**LEE, LANDRUM & INGLE**

*/s/ David S. Lee*
David S. Lee, Esq. (SBN 6033)
Robert T. Robbins, Esq. (SBN 6109)
7575 Vegas Drive, Suite 150
Las Vegas, NV 89128
*Attorneys for Defendant Wolff Principal Holdings, LP*
*dba Fremont & 9th Apartments*

LEE, LANDRUM & INGLE
7575 VEGAS DRIVE, SUITE 150
LAS VEGAS, NV 89128
(702) 880-9750