Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efsmmlaw.com
Email: sarakawa@efsmmlaw.com
*Attorneys for Defendant/Cross-Defendant*
*Schindler Elevator Corporation*

# UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| SETH SCHORR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WOLFF PRINCIPAL HOLDINGS, LP d/b/a FREMONT & 9TH APARTMENTS; SCHINDLER ELEVATOR CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　Defendants,<br><br>and related cross-claims. | Case No.  2:22-cv-01806-MMD-MDC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULES**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Seth Schorr, Defendant Wolff Principal Holdings, LP d/b/a Fremont & 9th Apartments ("Wolff"), and Defendant/Cross-Defendant Schindler Elevator Corporation ("Schindler"), through their respective counsel, that the briefing schedule be extended for the following motions, which were all filed June 24, 2025: Schindler's Motion to Exclude Dennis Olson [ECF No. 46], Schindler's Motion for Summary Judgment as to Plaintiff's Claims [ECF No. 47], and Schindler's Motion for Summary Judgment on Wolff Principal Holdings, LP's Crossclaim [ECF No. 48].  No hearings on these motions have been set.

The parties agree that the time for filing any opposition to Schindler's Motion to Exclude Dennis Olson [ECF No. 46] is extended from July 8, 2025 to July 24, 2025. Likewise, the deadline for Schindler to file its Reply Brief in Support of the Motion to Exclude Dennis Olson is extended from July 15, 2025 to August 14, 2025.

Additionally, the parties agree that the time for filing any opposition to Schindler's Motion for Summary Judgment [ECF No. 47] is extended from July 15, 2025 to July 24, 2025. Likewise, the deadline for Schindler to file its Reply Brief in Support of Motion for Summary Judgment is extended from July 29, 2025 to August 14, 2025.

Additionally, the parties agree that the time for filing any opposition to Schindler's Motion for Summary Judgment on Wollf Principal Holdings, LP's Crossclaim [ECF No. 48] is extended from July 15, 2025 to July 24, 2025. Likewise, the deadline for Schindler to file its Reply Brief in support of Motion for Summary Judgment on Wollf Principal Holdings, LP's Crossclaim is extended from July 29, 2025 to August 14, 2025.

These extension requests are necessary to provide the parties additional time to prepare Opposition and Reply briefs to the aforementioned motions. Plaintiff's Opposition to the motion to exclude is presently due shortly after the July holiday and counsel for Schindler has vacation scheduled during the month of July that conflicts with the existing Reply deadlines. Additionally, the parties agree that the proposed extended schedule streamlines the briefing process by making all Oppositions and Replies due at the same time, respectively. The current, unaltered briefing schedule would force Plaintiff to file a separate Opposition to the Motion to Exclude Dennis Olson a week before filing an Opposition to Schindler's summary judgment motion on Plaintiff's claims. This would needlessly require Plaintiff to produce and this Court to consider duplicative briefing. Accordingly, for good cause showing, the parties have agreed to the foregoing extension.

*Seth Schorr v. Wolff Principal Holdings, et al.*
*Case No. 2:22-cv-01806-MMD-MDC*
*JOINT STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULES (FIRST REQUEST)*
*June 27, 2025*

DATED:  June 27, 2025.

| | |
|---|---|
| **EVANS FEARS SCHUTTERT MCNULTY MICKUS** | **RICHARD HARRIS LAW FIRM** |
| */s/ Jay J. Schuttert* | */s/ Nia C. Killebrew* |
| Jay J. Schuttert, Esq. (SBN 8656) | Nia C. Killebrew, Esq. (SBN 4553) |
| Skylar Arakawa-Pamphilon, Esq. (SBN 15864) | 801 South Fourth Street |
| 6720 Via Austi Parkway, Suite 300 | Las Vegas, NV 89101 |
| Las Vegas, NV 89119 | |
| | *Attorneys for Plaintiff Seth Schorr* |
| *Attorneys for Defendant/Cross-Defendant Schindler Elevator Corporation* | |

**LEE, LANDRUM & INGLE**

David S. Lee, Esq. (SBN 6033)
7575 Vegas Drive, Suite 150
Las Vegas, NV 89128

*Attorneys for Defendant Wolff Principal Holdings, LP dba Fremont & 9th Apartments*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE

DATED: June 27, 2025

- 1 -

*Seth Schorr v. Wolff Principal Holdings, et al.*
*Case No. 2:22-cv-01806-MMD-MDC*
*JOINT STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULES*
*(FIRST REQUEST)*
*June 27, 2025*

Respectfully submitted by:

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ Jay J. Schuttert*
Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
*Attorneys for Defendant/Cross-Defendant*
*Schindler Elevator Corporation*

- 2 -