Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
Brennen D Marshall, Esq. (SBN 16578)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efsmmlaw.com
Email: sarakawa@efsmmlaw.com
Email: bmarshall@efsmmlaw.com
*Attorneys for Defendant/Cross-Defendant*
*Schindler Elevator Corporation*

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| SETH SCHORR, | **Case No. 2:22-cv-01806-MMD-MDC** |
| Plaintiff, | **JOINT STIPULATION AND ORDER REQUESTING TO APPEAR VIA REMOTE MEANS AT SETTLEMENT CONFERENCE** |
| vs. | |
| WOLFF PRINCIPAL HOLDINGS, LP d/b/a FREMONT & 9TH APARTMENTS; SCHINDLER ELEVATOR CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | **Date:  May 18, 2026**<br>**Time:  9:00 a.m.**<br>**Place:  Suite 4068 - Chambers** |
| Defendants, | |
| and related cross-claims. | |

IT IS STIPULATED AND AGREED, by and between Plaintiff Seth Schorr, through his attorney of record, Nia Killebrew, Esq. of Richard Harris Law Firm; Defendant Wolff Principal Holdings, LP d/b/a Fremont & 9th Apartments, through its attorney of record, David S. Lee, Esq. of Lee, Landrum & Ingle, and Defendant Schindler Elevator Corporation, through its attorney of record, Jay J. Schuttert of Evans Fears Schuttert McNulty Mickus, that good cause exists for Schindler's General Counsel, Matthew Schultz, to be allowed to appear via remote means at the upcoming Settlement Conference set for **9:00 a.m. on May 18, 2026, in the chambers of the undersigned judge on the 4th Floor (Suite 4068).**

## I.    GOOD CAUSE EXISTS FOR MR. SCHULTZ'S REMOTE APPEARANCE

Good cause exists to permit Matthew Schultz, General Counsel for Schindler Elevator Corporation who resides in New Jersey, to appear via remote means at the May 18, 2026 settlement conference.  Allowing Mr. Schultz to attend remotely would avoid the unnecessary expense of airfare, lodging, and other travel costs while still ensuring his full participation in real time.

This Court has previously allowed remote appearances where, as here, an out-of-state participant would otherwise be required to travel a significant distance for a brief proceeding and remote participation will not prejudice any party or impede meaningful settlement discussions.  The Court has also permitted remote appearances at prior hearings in this case and in similar circumstances, further supporting a finding of good cause here.

**SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:**

Dated: April 15, 2026.

| | |
|---|---|
| **EVANS FEARS SCHUTTERT MCNULTY MICKUS** | **RICHARD HARRIS LAW FIRM** |
| */s/ Jay J. Schuttert* | */s/ Nia C. Killebrew* |
| Jay J. Schuttert, Esq. (SBN 8656) | Nia C. Killebrew, Esq. (SBN 4553) |
| Skylar Arakawa-Pamphilon, Esq. (SBN 15864) | 801 South Fourth Street |
| 6720 Via Austi Parkway, Suite 300 | Las Vegas, NV 89101 |
| Las Vegas, NV 89119 | |
| | *Attorneys for Plaintiff Seth Schorr* |
| *Attorneys for Defendant/Cross-Defendant Schindler Elevator Corporation* | |

**LEE, LANDRUM & INGLE**

*/s/ David S. Lee*
David S. Lee, Esq. (SBN 6033)
7575 Vegas Drive, Suite 150
Las Vegas, NV 89128

*Attorneys for Defendant Wolff Principal Holdings, LP dba Fremont & 9th Apartments*

*SETH SCHORR vs. WOLFF PRINCIPAL HOLDINGS, LP, et al.*
*Case No: 2:22-cv-01806-MMD-MDC*
*Joint Stipulation and Order Requesting to Appear via Remote Means at Settlement Conference*

## ORDER

**IT IS SO ORDERED.** Based upon the foregoing stipulation, the Parties' request to allow Matthew Schultz to appear via remote means at the upcoming Settlement Conference set for **9:00 a.m. on May 18, 2026** is GRANTED. Defense counsel shall coordinate and arrange for virtual appearance for Mr. Schultz.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: _April 16, 2026_____

**Case No.  2:22-cv-01806-MMD-MDC**

Respectfully submitted by:

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ Brennen D Marshall*_____
Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
Brennen D Marshall, Esq. (SBN 16578)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
*Attorneys for Defendant/Cross-Defendant*
*Schindler Elevator Corporation*