Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efsmmlaw.com
Email: sarakawa@efsmmlaw.com
*Attorneys for Defendant/Cross-Defendant*
*Schindler Elevator Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| SETH SCHORR, <br><br> Plaintiff, <br><br> vs. <br><br> WOLFF PRINCIPAL HOLDINGS, LP d/b/a FREMONT & 9TH APARTMENTS; SCHINDLER ELEVATOR CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants, <br><br> and related cross-claims. | Case No.  **2:22-cv-01806-MMD-MDC** <br><br> **ORDER GRANTING JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL STATEMENT** <br><br> **(FIRST REQUEST)** |

IT IS STIPULATED AND AGREED, by and between Plaintiff Seth Schorr, through his attorney of record, Nia Killebrew, Esq. of Richard Harris Law Firm; Defendant Wolff Principal Holdings, LP d/b/a Fremont & 9th Apartments, through its attorney of record, David S. Lee, Esq. of Lee, Landrum & Ingle, and Defendant Schindler Elevator Corporation, through its attorney of record, Jay J. Schuttert of Evans Fears Schuttert McNulty Mickus, that the deadline to file the Joint Pretrial Statement be extended an additional thirty (30) days from June 17, 2026 (as calculated per the Court Minutes dated May 18, 2026 [ECF No. 72] to July 17, 2026.

**I.       REASONS FOR EXTENSION OF DEADLINE FOR JOINT PRETRIAL STATEMENT**

Good cause exists for the requested extension. Counsel for Defendant Schindler Elevator Corporation has been engaged in a three-week products liability trial that only recently concluded, thereby limiting counsel's ability to meaningfully prepare the Joint Pretrial Statement.  Further, lead counsel for Schindler will be out of the country without network access in early June, just days before the current June 17, 2026 filing deadline.  Under these circumstances, the parties respectfully request a 30-day extension of the Joint Pretrial Statement deadline, through July 17, 2026.

Accordingly, no party is prejudiced by the additional time necessary to file the Joint Pretrial Statement.  And the foregoing circumstances constitute good cause to extend the deadline, and the parties jointly and in good faith request this Court enter an Order extending the deadline in accordance with their stipulation.  There is no trial date set in this case.

### SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

Dated: May 26, 2026.

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ Jay J. Schuttert*
Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

*Attorneys for Defendant/Cross-Defendant*
*Schindler Elevator Corporation*

**LEE, LANDRUM & INGLE**

*/s/ David S. Lee*
David S. Lee, Esq. (SBN 6033)
7575 Vegas Drive, Suite 150
Las Vegas, NV 89128

*Attorneys for Defendant Wolff Principal*
*Holdings, LP dba Fremont & 9th Apartments*

**RICHARD HARRIS LAW FIRM**

*/s/ Nia C. Killebrew*
Nia C. Killebrew, Esq. (SBN 4553)
801 South Fourth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff Seth Schorr*

/ / /

/ / /

**ORDER**

**IT IS SO ORDERED.**

_____

UNITED STATES DISTRICT JUDGE

DATED: <u>May 27, 2026</u>

**Case No.  2:22-cv-01806-MMD-MDC**

Respectfully submitted by:

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

<u>/s/ Jay J. Schuttert</u>
Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
_Attorneys for Defendant/Cross-Defendant_
_Schindler Elevator Corporation_

- 3 -